UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINNELL RICHMOND, JR.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:16-cv-307-TAV-DCP |

**REPORT AND RECOMMENDATION**

This case is before the Court pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendant's Motion for Release on Bail Pending Resolution of Motion for Relief Under Rule 60(b) ("Motion for Release") [Doc. 54], which was referred to the undersigned on July 6, 2026 [Doc. 60]. Defendant also filed an identical Motion for Release on Bail Pending Resolution of Motion for Relief Under Rule 60(b) in his criminal case [No. 3:95-CR-196, Doc. 384] along with a pro se Motion for Release on Bail [No. 3:95-cr-196, Doc. 383]. Responses and replies were likewise filed in the criminal case [No. 3:95-cr-196, Docs. 389, 391 (pro se), & 393], but not in this case. On August 21, 2026, the undersigned entered a Report and Recommendation in the criminal case, recommending denial of Defendant's request for release pending his sentencing hearing because Defendant fails to show "exceptional circumstances" necessary for a federal prisoner to be released on bond [No. 3:95-cr-196, Doc. 394 p. 10].

The undersigned now **RECOMMENDS** that the Court **DENY** Defendant's Motion for Release in this case [Doc. 54] for the same reasons that the undersigned recommended denial of the identical motion filed in Defendant's criminal case [No. 3:95-CR-196, Docs. 384 & 394].

Moreover, the undersigned **RECOMMENDS** that any objections[1] to the identical motions for release be filed simultaneously in both cases.

Respectfully submitted,

Debra C. Poplin
United States Magistrate Judge

---

[1] As the undersigned directed in Defendant's criminal case [No. 3:95-CR-196, Doc. 394 pp. 10–11 n.5], any objections to this report and recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Fed. R. Crim. P. 59(b)(2) (as amended). Failure to file objections within the time specified waives the right to review by the District Court. Fed. R. Crim. P. 59(b)(2); *see United States v. Branch*, 537 F.3d 582, 587 (6th. Cir. 2008); *see also Thomas v. Arn*, 474 U.S. 140, 155 (1985) (providing that failure to file objections in compliance with the required time period waives the right to appeal the District Court's order). The District Court need not provide de novo review where objections to this report and recommendation are frivolous, conclusive, or general. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Fed. of Tchrs*, 829 F.2d 1370, 1373 (6th Cir. 1987).