UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | No.: 3:16-CV-307-TAV-DCP |
| LINNELL RICHMOND, JR., Defendant. | ) | |

**ORDER**

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on September 16, 2026 [Doc. 63], recommending that the Court deny defendant's Motion for Release on Bail Pending Resolution of Motion for Relief Under Rule 60(b) [Doc. 54]. There have been no timely objections filed to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After a careful review of the matter, the Court agrees with the magistrate judge's recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 63]. Defendant's motion [Doc. 54] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE